United States District Court
Southern District of Texas
**ENTERED**
October 21, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **JOSE H. HUERTA** | § | |
| | § | **CIVIL ACTION NO. 2:23-CV-00290** |
| **VS.** | § | |
| | § | **JURY** |
| **CITY OF KINGSVILLE** | § | |

## ORDER GRANTING PARTIES' JOINT STIPULATION OF DISMISSAL

On this  21st  day of    October        , 2024, came on to be heard in the above entitled and numbered cause the Parties' Joint Stipulation of Dismissal filed by Plaintiff Jose H. Huerta and Defendant City of Kingsville.

After considering the Parties' Joint Stipulation of Dismissal, it appears to this Court that the Parties' Joint Stipulation of Dismissal should be GRANTED.  IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that the Parties' Joint Stipulation of Dismissal be GRANTED and that Plaintiff's lawsuit against Defendant is dismissed with prejudice to his right to re-file, and all costs of suit to be taxed and adjudged against the party incurring same.

SIGNED this  21st  day of     October        , 2024.

_____
U.S. DISTRICT JUDGE NELVA GONZALES RAMOS