Case 2:23-cv-00290   Document 20   Filed on 10/21/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 21, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE H. HUERTA | § § § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00290 |
| CITY OF KINGSVILLE | § § § | |

## FINAL JUDGMENT

Pursuant to the Court's Order Granting Parties' Joint Stipulation of Dismissal (D.E. 19), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on  October 21, 2024  .

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE